UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  08-0434M(CR) |
| | : | |
| MARCUS BINION, | : | VIOLATIONS: |
| Defendant. | : | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 50 Grams or More of Cocaine |
| | : | Base) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled |
| | : | Substance) |

**I N D I C T M E N T**

The Grand jury charges that:

**COUNT ONE**

On or about July 13, 2008, within the District of Columbia, **MARCUS BINION** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

**COUNT TWO**

On or about July 13, 2008, within the District of Columbia, **MARCUS BINION** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a 40 caliber Smith and Wesson semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

**COUNT THREE**

On or about July 13, 2008, within the District of Columbia, **MARCUS BINION** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.