## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-249** |
| | : | |
| **v.** | : | |
| | : | |
| **MARCUS BINION,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Renata Kendrick Cooper, at telephone number (202) 307-0031 and/or e-mail

address Renata.Cooper@usdoj.gov. Renata Kendrick Cooper will substitute for Assistant United

States Attorney Angela George as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


        /S/
**RENATA KENDRICK COOPER**
Assistant United States Attorney
Federal Major Crimes Section,
555 Fourth Street, NW, Room 4241
Washington, DC 20530
(202) 307-0031
Renata.Cooper@usdoj.gov